IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Kevin Johnson

Case No. ELH-14-0599

\*\*\*\*\*\*

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Desiree Lassiter, AFPD_, and the Government was represented by Assistant United States Attorney _Christine Goo_, it is

**ORDERED,** this _29th_ day of _March,_ _2021_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Beth P. Gesner
United States Magistrate Judge